FILED
JAN 0 3 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11-cr-4211 |
| Plaintiff, | ) | |
| | ) | ~~PROPOSED~~ ORDER CONTINUING |
| v. | ) | DATE FOR SENTENCING |
| ARTURO VALENTIN-RODRIGUEZ, | ) | |
| Defendant. | ) | |

ORDER

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing for ARTURO VALENTIN in Criminal Case No. 11-CR-4211 be continued from JANUARY 4, 2012 at 9:00 a.m., to February 13, 2012 at ~~9:00~~ 9:30 a.m. The Court finds that there is excludable time under the Speedy Trial Act until February 13, 2012

DATED: JANUARY 3, 2012.

_____
GORDON THOMPSON, District Judge
UNITED STATES DISTRICT COURT